Certificate Number: 05781-CAN-DE-041223875

Bankruptcy Case Number: 26-41171



05781-CAN-DE-041223875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 20, 2026</u>, at <u>12:04</u> o'clock <u>AM PDT</u>, <u>Daniel Munoz-Guajardo</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of California</u>.

Date:   <u>July 20, 2026</u>          By:      <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>