Certificate Number: 05781-CAN-DE-041234281

Bankruptcy Case Number: 26-41062



05781-CAN-DE-041234281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2026, at 9:15 o'clock PM PDT, Diane Rodriguez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date:   July 21, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President